Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TERRY LAMELL EZELL, | ) |
| Petitioner, | ) NO.  C10-467-RSM-MAT |
| v. | ) ORDER |
| UNITED STATES, | ) |
| Respondent. | ) |

This matter having come to the Court's attention on the Government's unopposed motion to extend time to file its answer to petitioner's 2255. The Court being fully advised in this matter finds that good cause has been shown and enters the following order:

IT IS HEREBY ORDERED that the government's answer to petitioner's 2255 motion shall be due on May 21, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

*Presented By:*

*s/C. Andrew Colasurdo*
C. ANDREW COLASURDO
Special Assistant United States Attorney

ORDER/EZELL— 1
C10-467-RSM-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970