Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY LAMELL EZELL, )<br>　　　　　　　　　　　　　)<br>　　　　Petitioner, )<br>　　　　　　　　　　　　　)<br>　　　v. )<br>　　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　)<br>　　　　Respondent. )<br>_____) | NO.　C10-467-RSM-MAT<br>　　　　CR05-272RSM<br><br>ORDER TO SEAL |

Having read Exhibit A to the Government's Answer to Petitioner's § 2255 Motion in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that Exhibit A to the Government's Answer to Petitioner's § 2255 Motion be allowed to remain under seal,

It is hereby ORDERED that Exhibit A to the Government's Answer to Petitioner's § 2255 Motion in this matter shall remain sealed.

DATED this <u>14th</u> day of June, 2010.

　　　　　　　　　　　　　　　　　/s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

*s/C. Andrew Colasurdo*
C. ANDREW COLASURDO
Special Assistant United States Attorney

Order to Seal/Ezell — 1
C10-467-RSM-MAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970