Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY LAMELL EZELL,                          )<br>                                )<br>                 Petitioner,        )<br>                                )<br>       v.                        )<br>                                )<br>UNITED STATES OF AMERICA,         )<br>                                )<br>                 Respondent.      )<br>_____ ) | NO. C10-467-RSM-MAT<br>      CR05-273-RSM<br><br>ORDER |

The Court having reviewed the Government's Motion to File a Brief in Excess of Twelve Pages, enters into the following order:

IT IS HEREBY ORDERED that the motion is GRANTED:  The Government may

//
//
//
//
//
//
//
//
//
//

1    file a response to Ezell's motion that does not exceed 25 pages in length.

2         DATED this 13th day of May, 2010.

3

4

5                                        Mary Alice Theiler
                                         United States Magistrate Judge
6    Presented by:

7

8    s/ C. Andrew Colasurdo
     C. ANDREW COLASURDO
9    Special Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER/EZELL (C10-467-RSM-MAT & CR05-273-RSM)  — 2